# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re:                                                    Case No. 07-31131
                                                          Chapter 13

QUATISA L. CAMPBELL,

     Debtor.

## *EX PARTE* ORDER DENYING MOTION
## TO EXTEND AUTOMATIC STAY

The debtor, Quatisa L. Campbell, filed this chapter 13 case on August 6, 2007. Over two months later, on October 16, 2007, Ms. Campbell filed a motion to extend the automatic stay (Doc. #35). The motion, however, comes too late and for that reason must be denied.

The debtor is a repeat bankruptcy filer. Her prior bankruptcy case (06-31704) was dismissed within one year of her filing the present chapter 13 case. In such instances, the provisions of 11 U.S.C. § 363(c)(3) are implicated. Under that provision of the statute, a temporary stay arises upon the filing of the second petition for relief, but the stay terminates 30 days thereafter unless extended in accordance with the law. This court has previously held that it lacked authority to extend or reimposed the stay on motion filed more than thirty days after the petition date. *In re Berry*, 340 B.R. 636 (Bankr. M.D.Ala. 2006)(Sawyer, J.); *In re Aldrich*, 2007 WL 537721 (Bankr.M.D.Ala. 2007)(Williams, J.). For this reason, it is

ORDERED that the debtor's motion to extend the automatic stay is DENIED.

Done this the 16th day of October 2007.

                         /s/ Dwight H. Williams, Jr.
                         United States Bankruptcy Judge

c: Debtor
   Gatewood A. Walden, Debtor's Attorney
   Curtis C. Reding, Trustee
   All Creditors